UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.J., individually and on behalf of E.R. a child with a disability,

            Plaintiff,

-against-

New York City Department of Education,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/24/2022

1:21-cv-11216 (PAC) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on July 7, 2022, at 12:00 p.m. EST to discuss the letters filed at ECF Nos. 20, 24 and 26. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
            June 24, 2022

_____
STEWART D. AARON
United States Magistrate Judge