```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  07/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.J., individually and on behalf of E.R. a child with a disability,

                Plaintiff,

-against-

New York City Department of Education,

                Defendant.

1:21-cv-11216 (PAC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties today, and as stated on the record, it is hereby ORDERED, as follows:

1. No later than July 14, 2022, Defendant shall provide to Plaintiff check dates and check numbers associated with payments made on the outstanding invoices referred to in Defendant's July 6, 2022 letter (ECF No. 28).

2. Any and all discovery shall be completed no later than July 29, 2022.[1] If, after meeting and conferring, the parties are unable to resolve any disputes regarding discovery, no later than July 21, 2022, the parties shall file a joint letter setting forth the basis of such disputes and the parties' respective positions. The Court shall resolve any such disputes promptly without any further hearing or briefing.

3. If the parties are unable to resolve the issue of attorneys' fees, no later than August 12, 2022, Plaintiff's counsel shall file their motion for attorneys' fees.

---

[1] During today's conference, the Court had indicated an intention to provide a discovery deadline 30 days from today. However, in light of Judge Crotty's subsequently-issued Amended Order extending the reference only for an additional 60 days, the Court has shortened the discovery period.

**SO ORDERED.**

Dated: New York, New York
July 7, 2022

_____
STEWART D. AARON
United States Magistrate Judge